UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNA BURTON, D.O.,

    Plaintiff,

vs.

KETTERING ADVENTIST
HEALTHCARE, *et al*.,

    Defendants.

Case No. 3:23-cv-185

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 13); (2) DISMISSING PLAINTIFF'S COMPLAINT (Doc. No. 6); AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and (3) this case is **TERMINATED** on the Court's docket. The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith, and consequently, **DENIES** Plaintiff leave to appeal *in forma pauperis*.

    **IT IS SO ORDERED.**

    May 31, 2024                                                  s/*Michael J. Newman*
                                                                         Hon. Michael J. Newman
                                                                         United States District Judge