AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| Jenna Burton, D.O., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:23-cv-185 |
| Kettering Adventist Health Care et al, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   (1)The Report and Recommendation is ADOPTED; (2) Plaintiff's Complaint is DISMISSED WITHOUT
PREJUDICE for failure to prosecute; and (3) this case is TERMINATED on the Court's docket.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Michael J. Newman _____ on a motion for
       Report and Recommendations

Date:   5/31/2024 _____

CLERK OF COURT

*Anne Wamsley*

*Signature of Clerk or Deputy*